```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

William Howard Smith, et al.
    Plaintiff(s)

                                        CIVIL ACTION
     V.                            NO. 17-40100-DHH

HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2006-E Mortgage-Backed Certificates, Series 2006-E, et al.
    Defendant(s)

**HENNESSY, M.J.**

### ORDER FOR REMAND

In accordance with the Court's Order issued on 8/1/17 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester County Superior Court for further proceedings.

                                              By the Court,

DATED: <u>August 15, 2017</u>

                                              <u>/s/ Sherry Jones</u>
                                              Deputy Clerk